UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

RUSTY EARL JOYNER
ADC #600589                                                                                    PLAINTIFF

V.                                  4:16CV00664 KGB/JTR

JAYNE LAWSON, Nurse,
Central Arkansas Community Correction Center, et al.            DEFENDANTS

## RECOMMENDED DISPOSITION

The following Recommended Disposition ("Recommendation") has been sent to United States District Judge Kristine G. Baker. Any party may file written objections to this Recommendation. Objections must be specific and include the factual or legal basis for disagreeing with the Recommendation. An objection to a factual finding must specifically identify the finding of fact believed to be wrong and describe the evidence that supports that belief.

An original and one copy of the objections must be received in the office of the United States District Clerk within fourteen (14) days of this Recommendation. If no objections are filed, Judge Baker can adopt this Recommendation without independently reviewing all of the evidence in the record. By not objecting, you may also waive any right to appeal questions of fact.

1

## I. Discussion

On September 25, 2017, the Court ordered Plaintiff Rusty Earl Joyner ("Joyner") to file: (1) a Notice providing his current mailing address; and (2) a freeworld Application to Proceed *In Forma Pauperis*. *Doc. 19*. The Court also reminded Joyner that, pursuant to Local Rule 5.5(c)(2), this case would be dismissed, without prejudice, if he failed to timely and properly do so. *Id.*

As of the date of this Recommended Disposition, Joyner has not complied with the September 25, 2017 Order. The time to do so has expired.

## II. Conclusion

IT IS THEREFORE RECOMMENDED THAT:

1. This case be DISMISSED, WITHOUT PREJUDICE, pursuant to Local Rule 5.5(c)(2).

2. The Court CERTIFY, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from any Order adopting this Recommendation would not be taken in good faith.

Dated this 9th day of November, 2017.

_____
UNITED STATES MAGISTRATE JUDGE