IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**RUSTY EARL JOYNER**
**ADC #600589**                                                                                                    **PLAINTIFF**

v.                                    Case No. 4:16-cv-00664-KGB/JTR

**ARKANSAS DEPARTMENT**
**OF CORRECTION,** *et al.*                                                                            **DEFENDANTS**

## ORDER

The Court has received a Recommended Partial Disposition (Dkt. No. 9), a Revised Recommended Partial Disposition (Dkt. No. 15), and a Recommended Disposition (Dkt. No. 25), each of which was submitted by United States Magistrate Judge J. Thomas Ray. Plaintiff Rusty Earl Joyner has not filed objections to any of Judge Ray's filings. After careful review of the filings, the Court concludes that the Revised Partial Disposition (Dkt. No. 15) and the Recommended Disposition (Dkt. No. 25) should be, and hereby are, approved and adopted as this Court's findings in all respects. The Court denies the Recommended Partial Disposition as moot (Dkt. No. 9). This action is dismissed without prejudice. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

So ordered this the 25th day of June, 2018.

_____
Kristine G. Baker
United States District Court Judge