IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

RUSTY EARL JOYNER
ADC #600589                                                                          PLAINTIFF

v.                      Case No. 4:16-cv-00664-KGB/JTR

ARKANSAS DEPARTMENT
OF CORRECTION, *et al.*                                                              DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is considered, ordered, and adjudged that plaintiff Rusty Earl Joyner's claims against defendants Arkansas Department of Correction, Jayne Lawson, Arkansas Community Corrections, and Does be dismissed without prejudice. The relief sought is denied.

So adjudged this the 25th day of June, 2018.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE